UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
AKF, INC., d/b/a FUNDKITE,

        Plaintiff,

  -against-

KESSMAN GROUP PAINTING &
DESIGN, INC., MARGARET LAURIE
KESSMAN, AND MATTHEW
THOMAS KESSMAN,

        Defendants.
-------------------------------------------------x

**MEMORANDUM AND ORDER**

Case No. 1:19-06312-FB

Appearances:
*For the Plaintiff*:
CHRISTOPHER RYAN MURRAY
Stein Adler Dabah & Zelkowitz, LLP
1633 Broadway
46th Floor
New York, New York 10019

OLEG A. MESTECHKIN
WING K. CHIU
NANCY LAM
Mestechkin Law Group, P.C.
1733 Sheepshead Bay Road
Suite 29
Brooklyn, New York 11235

*For the Defendant*:
HILLEL IRA PARNESS
Parness Law Firm, PLLC
136 Madison Avenue, 6th Floor
New York, New York 10016

STEVEN ZAKHARYAYEV
Law Offices of Steven Zakharyayev
1430 Broadway
Suite 402
New York, New York 10018

**BLOCK, Senior District Judge:**

    Plaintiff AKF, Inc., d/b/a Fundkite moves for an order confirming the October 28, 2021 arbitration award of Martin S. Tackel, and for the entry of judgment against defendants Kessman Group Painting & Designs, Inc., Margaret Laurie Kessman,

1

and Matthew Kessman. The defendants have not filed any opposition to the motion.

"[T]he confirmation of an arbitration award is a summary proceeding that merely makes what is already a final arbitration award a judgment of the court." *Florasynth, Inc. v. Pickholz*, 750 F.2d 171, 176 (2d Cir.1984). Unless there is a statutory basis for modification or vacatur, this Court's role is simply to confirm the award. *Ottley v. Schwartzberg*, 819 F.2d 373, 376 (2d Cir. 1987); *see* 9 U.S.C. § 9. Only a "barely colorable justification" for the outcome is necessary to confirm an award, and that justification need not be explicitly noted on the record—it can instead be inferred. *Smiga v. Dean Witter Reynolds, Inc.*, 766 F.2d 698, 707 (2d Cir. 1985). Where, as here, a party has failed to answer a motion, the Court may look to the movant's submissions in supporting confirmation. *Trustees of Northeast Carpenters Health, Pension, Annuity, Apprenticeship, & Lab. Mgmt. Cooperation Funds v. Duncan Partners, LLC*, No. 19CV4376JMAAYS, 2021 WL 123359, at *2 (E.D.N.Y. Jan. 13, 2021).

Based on its review of the plaintiff's declaration and the documentary evidence attached to its motion, this Court finds that the plaintiff has established the award as follows: (1) $189,804.70, plus *per annum* interest of 9% accruing since Nov. 4, 2019; (2) $56,941 in attorneys' fees; and $14,150 in fees and costs of the arbitrator. Each of these obligations shall be joint and several. Judgment shall be

entered against the defendants.

**SO ORDERED.**

/S/ Frederic Block

                                                                           FREDERIC BLOCK  
                                                                           Senior United States District Judge

Brooklyn, New York  
June 22, 2022